UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. 08CR 2909 LAB |
| vs. | ) ) | 08MJ 2529 |
| Veronica Rojas-Hernandez | ) ) ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| | ) ) | Booking No. |
| Defendant(s) | ) ) | |

On order of the United States District/Magistrate Judge, **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Mat. Wit: Laura Vazquez-Avila

DATED: Aug. 28, 2008

RUBEN B. BROOKS
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
Deputy Clerk   B. Bryn